**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

BILL WILSON
JUDGE

**August 22, 2005**

Mr. Terry Lee Walker
623 Highway 91
Walnut Ridge, AR 72476

      Re: *Walker v Pierce, et al.,*
           3:05-CV-001-WRW

Dear Mr. Walker:

I have received Defendant's Motion to Dismiss, which was filed on July 28, 2005, and it appears to be well taken.

A response was due on August 12, 2005. I assume that since you have not filed a response, you agree with Defendant's position. If you choose not to respond by 5:00 p.m. on Wednesday, August 31, 2005, I will grant the motion.

Cordially,

Wm. R. Wilson, Jr.

Original to the Clerk of the Court
Cc: Mr. Robert Joseph Gibson