**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TERRY LEE WALKER**                                                                                 **PLAINTIFF**

v.                               **3:05-CV-00001-WRW**

**EZRA PIERCE, et al**                                                                     **DEFENDANTS**

## ORDER

Pending is Defendants' Motion to Dismiss (Doc. No. 15). Plaintiff has responded (Doc. No. 19).

Defendants assert that Plaintiff's Complaint "improperly attempts to impose criminal liability upon the defendants through a civil action," and that this case should be dismissed under Rule 12(b)(6).

On August 22, 2005, I sent Plaintiff a letter which reads:

> I have received Defendant's Motion to Dismiss, which was filed on July 28, 2005, and it appears to be well taken.
>
> A response was due on August 12, 2005. I assume that since you have not filed a response, you agree with Defendant's position. If you choose not to respond by 5:00 p.m. on Wednesday, August 31, 2005, I will grant the motion.[1]

On August 26, 2005, Plaintiff filed his response to the Motion to Dismiss, which reads, in full, "In response to your letter dated August 22, 2005, I am unwilling to accept the Motion to Dismiss filed by the defendant Ezra Pierce, et al."[2] This response fails to withstand Defendants' 12(b)(6) motion.

For good cause shown, Defendants' Motion to Dismiss is GRANTED. Accordingly, this case is DISMISSED.

IT IS SO ORDERED this 1st day of September, 2005.

                                                                                                  /s/ Wm. R.Wilson,Jr.
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 17.

[2] Doc. No. 19.