# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TERRY LEE WALKER**                                                           **PLAINTIFF**

**v.**                           **3:05-CV-00001-WRW**

**EZRA PIERCE, et al.**                                                 **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date, this case is DISMISSED.

IT IS SO ORDERED this 1st day of September, 2005.


                                                     /s/ Wm. R.Wilson,Jr.
                                    UNITED STATES DISTRICT JUDGE